IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

ALLAN, SCHUBERT,                    )
        Plaintiff,                  ) Civil Action
        v                           ) NO: 1:24-cv-00055
M. GONZALES, S. THORNE,             )
R.D. MALONE, W. SOLANGO,            )
R. PERKINS, E. ROKOSKY,             )
C. GOMEZ, J. WILLS,                 )
"C/o FARROW", and C. PETERS,        )
        Defendants.                 )

**FILED**

**FEB - 5 2024**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

APPLICATION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS

I, ALLAN SCHUBERT, Plaintiff, *pro se*, apply to file the attached action without the prepayment of fees and costs or giving security thereof.

In support of my application, I state the following under penalty of perjury:

I. I am the party initiating the attached action and believe I am entitled to relief.

II. The nature of said action is a search and seizure, due process, and access to court claim.

III. I am unable to prepay the costs of this action or give security thereof because of my poverty.

IV. To my knowledge, I have no assets or funds which could be used to prepay the fee's or costs thereof.

1 - of - 2

V. I am not presently employed. I have been incarcerated since January 19, 2016.

VI. Within the past twelve(12) months I have not received money from any of the following:
(1) Business, profession, or self-employment;
(2) Rent. payments, interests, or dividends;
(3) Pensiones, annuities, or life insurance;
(4) Social security, Veterans Admin., et cetera; or
(5) Inheritances.

VII. Plaintiff periodically receives monies from friends or families (see ATTACHED PRINT-OUT).

VIII. I do not own real estate, stocks, bonds, et cetera.

I hereby authorize the Bureau of Prisons to collect from my account and forward to the Clerk of the District Court, payments assessed by the Court in accordance with 28 USC § 1915.

DECLARATION UNDER PENALTY OF PERJURY

I, ALLAN SCHUBERT, do hereby state and declare that the statements made herein, and the TRUST FUND PRINT-OUT (attached) are true and correct reflections of my financial status. THIS 31st day of January, 2024.

/S / ALLAN SCHUBERT

_Allan Schubert_

18 USC § 1621 ; 28 USC § 1746.

2 - of - 2